UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL CARLOS GARCIA,

           Plaintiff,

   v.

CITY OF SACRAMENTO, et al.,

           Defendants.

Case No. 2:21-cv-00036-DAD-CSK

ORDER

Plaintiff Daniel Carlos Garcia proceeds in this action in pro per.[1] On November 7, 2024, the district court stayed this action pending entry of a final judgment in Plaintiff's criminal case currently pending in the Riverside County Superior Court. (ECF No. 28.) The parties are hereby directed to file a joint status report no later than February 7, 2025 as to the status of Plaintiff's criminal case. The parties are further ordered to file a joint status report every ninety (90) days thereafter until the resolution of Plaintiff's criminal case in the Riverside County Superior Court.

     IT IS SO ORDERED.

Dated:  December 17, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, garc0036.21

---

[1]  This action has been assigned to the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21).

1