FILED

APR 29 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY

**DANIEL CARLOS GARCIA**
1920 Boston Way,
Modesto, CA 95355-8918
Tel: (442) 324-3740
DanielCGarciaLegal@outlook.com

*Plaintiff pro se*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO DIVISION)**

DANIEL CARLOS GARCIA,

Plaintiff,

vs.

CITY AND COUNTY OF SACRAMENTO, CALIFORNIA; JOHN MCGINNESS; DANIEL HAHN; RICHARD (RICK) BRAZIEL; RICHARD (RICK) GAUTIER; STEVE HANSEN; RICHARD HITCHCOCK; STEVE GLEN; AURORA RICHARDSON; DENISE POIRIER; JOHN DOE 1; JOHN/JANE DOES 2-20,

Defendants.

Case No.: **2:21-CV-00036-DAD-CSK**

**STATUS REPORT OF RELATED STATE PROCEEDINGS**

TO: THE HONORABLE DALE A. DROZD, UNITED STATES DISTRICT JUDGE; AND THE HONORABLE CHI SOO KIM, UNITED STATES MAGISTRATE JUDGE:

Plaintiff hereby submits this Status Report pursuant to the Court's Order dated November 7, 2024, staying this action pending entry of final judgment in Plaintiff's criminal case (ECF No. 28), and the Magistrate Judge's subsequent Order directing the parties to file joint status reports every 90 days (ECF No. 30).

In order to timely comply with this Court's Order, Plaintiff is again filing this Status

Report separately due to his limited resources at California State Prison, Corcoran.

**REQUEST FOR CONTINUATION OF STAY**

Plaintiff respectfully requests that the stay of these proceedings remain in effect for the following reasons:

**1. PENDING MOTION FOR RETURN OF PROPERTY**: As previously reported, there is a motion regarding the seized property in controversy in this action that is pending before the Riverside County Superior Court in Case No. INF064492. This motion specifically addresses whether the seized property at issue in this federal civil rights action should be returned to Plaintiff.

**UPDATE ON RIVERSIDE COUNTY SUPERIOR COURT PROCEEDINGS**: Since Plaintiff's last Status Report, the Riverside County Superior Court has granted several continuances of the hearing on the motion for return of property to provide the prosecution with additional time to review the seized property. The Riverside County Superior Court has now indicated that it will render its decision on Plaintiff's pending motion for the return of his property on May 8, 2026.

The seized property that is the subject of the pending state-court motion is the same property at issue in the instant federal civil rights action. The trial court's decision and factual findings on the motion for return of property therefore go directly to the issues in controversy in this matter and may have preclusive effect in these proceedings. For that reason, Plaintiff respectfully submits that the stay should remain in place until the Riverside County Superior Court has fully adjudicated the motion and Plaintiff has received his property back.

Plaintiff will inform this Court and the parties as soon as the Riverside County Superior Court renders its ruling on the motion for return of property. A copy of the partial Riverside County Superior Court docket reflecting the May 8, 2026 hearing date is attached as Exhibit 1.

**2. STATUS OF HABEAS CORPUS PROCEEDINGS**: Plaintiff's federal habeas corpus petition (Case No. 5:23-CV-01950-SVW-JC) before the United States District Court for

the Central District of California was appealed to the Ninth Circuit Court of Appeals (Case No. 25-387). As previously reported, the Ninth Circuit denied Plaintiff's request for a certificate of appealability on September 16, 2025, and denied Plaintiff's motion for reconsideration on October 28, 2025. On January 23, 2026, Plaintiff filed a Petition for a Writ of Certiorari in the United States Supreme Court in Case No. 25-6666. On April 6, 2026, the United States Supreme Court denied Plaintiff's Petition for a Writ of Certiorari.

The federal habeas corpus proceedings are therefore now concluded. The conclusion of the federal habeas corpus proceedings does not, however, warrant lifting the stay in this matter, as the pending Riverside County Superior Court motion for return of property—which is central to the claims in this civil rights action—remains unresolved.

## CONCLUSION

Given the Riverside County Superior Court's indication that it will render its decision on the pending motion for the return of Plaintiff's seized property on May 8, 2026—which property and ruling are central to the claims in this civil rights action—Plaintiff respectfully requests that the stay remain in place.

Plaintiff will provide another update to the Court and to the parties within the next 90 days, or sooner if there are significant developments in the related proceedings. Plaintiff anticipates that, by the next status report, the Riverside County Superior Court will have issued its ruling on the motion for return of property, and Plaintiff will be able to inform this Court whether the property has been returned.

Once the property matter is fully resolved in the Riverside County Superior Court and Plaintiff has received his property, Plaintiff will notify this Court and the parties that the stay may be lifted and this civil suit may proceed forward on the merits.

Dated this Saturday, April 25, 2026. Respectfully submitted,

By: *__/s/ Daniel C. Garcia__*

DANIEL CARLOS GARCIA
*Petitioner pro se*

//

//

# Exhibit 1

Partial Court Docket of Case No. INF064492
Superior Court of California for the County of Riverside
(Plaintiff's State Criminal Action)
Showing Future Court Hearing Date for Return of Property

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

Home Search Case Calendar Search Tseme Garcia Logout

**INF064492-4**
Filed Date: **07/22/2009**
Case Status: **Active**

People vs DANIEL CARLOS GARCIA
**Felony**
**Indio - Department 2H**

Case Summary Case Summary

## Case Summary

### CASE

| Filing Date | Violation Date | Case Caption | Case Status | Case Type |
|---|---|---|---|---|
| 07/22/2009 | 12/05/2008 | People vs DANIEL CARLOS GARCIA | Active | Felony |
| **Arrest Agency** | **Arrest Date** | **Booking Number** | **Citation Number** | |
| Palm Springs Police Department | 12/05/2008 | | 0902639747 | |
| **Ordered Bail** | **Posted Bail** | | | |
| $0.00 - Bail not allowed | $0.00 | | | |

### HEARINGS

| Date Time | Type | Judicial Officer | Location/Courtroom | Disposition |
|---|---|---|---|---|
| 04/03/2026 08:30 AM | Hearing on Motion for Continuance pursuant to PC 1050 | Anthony R. Villalobos | Department 2H | Motion Granted |
| 04/03/2026 08:30 AM | Hearing Set re: Motion to Vacate and Correct Void Judgment | Anthony R. Villalobos | Department 2H | Continued |
| 04/03/2026 08:30 AM | Hearing Set re: Motion for Return of Property: Defense Forensic Laptop Computer | Anthony R. Villalobos | Department 2H | Continued |
| 04/03/2026 08:30 AM | Hearing Set re: Motion for Return of Mr. Garcia's Personal Property | Anthony R. Villalobos | Department 2H | Continued |
| 05/08/2026 08:30 AM | Hearing Set re: Motion for Return of Mr. Garcia's Personal Property | Anthony R. Villalobos | Department 2H | |
| 05/08/2026 08:30 AM | Hearing Set re: Motion for Return of Property: Defense Forensic Laptop Computer | Anthony R. Villalobos | Department 2H | |
| 05/08/2026 08:30 AM | Hearing Set re: Motion to Vacate and Correct Void Judgment | Anthony R. Villalobos | Department 2H | |

Results 526-532 of 532

1 ... 34 35 36

## CERTIFICATE OF SERVICE

**Case Name: <u>Garcia v. Sacramento, et al.</u> Case Number: <u>2:21-CV-00036-DAD-CSK</u>**

I reside and work in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is 2601 Oakdale Road, Suite H-2, #175, Modesto, California 95355. My electronic service address is DanielCarlosGarcia@Comcast.net.

On the date set forth below, I served the foregoing document(s) described as: **STATUS REPORT OF RELATED STATE PROCEEDINGS** on the interested parties at the addresses set forth below:

**Sean D. Richmond, Senior Deputy City Attorney, SBN 210138**
**Kate Daz Lynn Brosseau**
**Sacramento City Attorney**
**CITY OF SACRAMENTO**
915 I Street, 4th Floor
Sacramento, CA 95814-2608
Phone: (916) 808-6825
Phone: (916) 808-5346
srichmond@cityofsacramento.org
kbrosseau@cityofsacramento.org
*Attorneys for Defendants City of Sacramento, and all "City Defendants"*

**Jonathan B. Paul, SBN 215884**
**RIVERA HEWITT PAUL, LLP**
2355 Gold Meadow Way
Suite 170
Gold River, CA 95670
Phone: (916) 922-1200
Jpaul@rhplawyers.com
*Attorney for Defendants County of Sacramento and John McGinness*

**Derick E. Konz**
Angelo Kilday & Kilduff, LLP
601 University Ave., Suite 150
Sacramento, CA 95825-6706
dkonz@akk-law.com
*Additional Attorney for Defendants City of Sacramento, and all "City Defendants"*

☒ **(BY FIRST CLASS MAIL)** I deposited with U.S. postal service on that same day as shown on this declaration with First Class postage thereon and fully prepaid at Modesto, California.

☒ **(BY ELECTRONIC MAIL (PDF FORMAT))** Based on a court rule or an agreement of the parties to accept service by electronic transmission, I caused said document to be transmitted electronically to the interested parties at the email addresses listed above.

I declare under perjury under the laws of the State of California that the above is true and correct.

Executed on this Monday, April 27, 2026, at Modesto, California.

Tseme J. Garcia