**HEWITT & PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303

Jonathan B. Paul, SBN 215884
Jpaul@hewittpaul.com

Attorneys for Defendants
County of Sacramento and John McGinnis

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CARLOS GARCIA, <br><br>                    Plaintiff, <br>    vs. <br><br> CITY AND COUNTY OF SACRAMENTO, CALIFORNIA; JOHN MCGINNESS; DANIEL HAHN; RICK BRAZIEL; RICHARD (RICK) GAUTIER; STEVE HANSEN; RICHARD HITCHCOCK; STEVE GLEN; A. RICHARDSON; D. POIRIER; JOHN DOE 1; JOHN/JANE DOES 2–20, <br><br>                    Defendants. | Case No.:  2:21-CV-0036-DAD-CSK <br><br> **NOTICE OF CHANGE OF FIRM NAME AND ATTORNEY'S EMAIL ADDRESS** |

PLEASE TAKE NOTICE THAT effective July 1, 2026, the firm of RIVERA HEWITT PAUL LLP has changed its name to HEWITT & PAUL LLP.  All future references for the firm in this matter should be to HEWITT & PAUL LLP.  The firm's address, telephone number, and facsimile number remain the same.

PLEASE TAKE FURTHER NOTICE THAT the email address of Jonathan B. Paul, attorney of record for Defendants COUNTY OF SACRAMENTO AND JOHN MCGINNIS has changed to jpaul@hewittpaul.com, respectively.

///

Notice of Change of Firm Name and
Attorney's Email Address
Case Number No. 2:21-cv-00036-DAD-CSK

1

DATED: July 6, 2026

HEWITT & PAUL LLP


*/s/ Jonathan B. Paul*

JONATHAN B. PAUL
Attorney for Defendants,
COUNTY OF SACRAMENTO AND
JOHN MCGINNIS

*Daniel Carlos Garcia v. City and County of Sacramento, et al.,*
Case Number No. 2:21-cv-00036-DAD-CSK

## **PROOF OF SERVICE**

I am a citizen of the United States. My business address is 2355 Gold Meadow Way, Suite 170, Gold River, CA  95670. I am employed in the county of Sacramento where this service occurs. I am over the age of 18 years and not a party to this action.

On the date set forth below, I served the following documents(s) described as:

**NOTICE OF CHANGE OF FIRM NAME AND ATTORNEY'S EMAIL ADDRESS**

☒    **U.S. MAIL:** On the indicated parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail (all other parties listed below will receive this filing via the Court's ECF system).

on the interested party(ies) in this action addressed as follows:

addressed as follows:

| Plaintiff – Pro Se<br>Daniel Carlos Garcia<br>1920 Boston Way<br>Modesto, CA 95355-8918<br>DanielCarlosGarcia@comcast.net | Attorney for the City of Sacramento<br>Derick E. Konz<br>Angelo Kilday & Kilduff<br>601 University Ave., Suite 150<br>Sacramento, CA 95825<br>T: 916-564-6100<br>E: dkonz@akk-law.com |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on July 6, 2026, at Gold River, California.

*/s/ Debra Vega*

_____
Debra Vega