**DANIEL CARLOS GARCIA**
1920 Boston Way,
Modesto, CA 95355-8918
Tel: (442) 324-3740
DanielCGarciaLegal@outlook.com

*Plaintiff pro se*

FILED

JUL 27 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
**(SACRAMENTO DIVISION)**

DANIEL CARLOS GARCIA,

Plaintiff,

vs.

CITY AND COUNTY OF SACRAMENTO, CALIFORNIA; JOHN MCGINNESS; DANIEL HAHN; RICHARD (RICK) BRAZIEL; RICHARD (RICK) GAUTIER; STEVE HANSEN; RICHARD HITCHCOCK; STEVE GLEN; AURORA RICHARDSON; DENISE POIRIER; JOHN DOE 1; JOHN/JANE DOES 2-20,

Defendants.

Case No.: **2:21-CV-00036-DAD-CSK**

**STATUS REPORT OF RELATED STATE PROCEEDINGS**

TO: THE HONORABLE DALE A. DROZD, UNITED STATES DISTRICT JUDGE; AND THE HONORABLE CHI SOO KIM, UNITED STATES MAGISTRATE JUDGE:

Plaintiff hereby submits this Status Report pursuant to the Court's Order dated November 7, 2024, staying this action pending entry of final judgment in Plaintiff's criminal case (ECF No. 28), and the Magistrate Judge's subsequent Order directing the parties to file joint status reports every 90 days (ECF No. 30).

In order to timely comply with this Court's Order, Plaintiff is again filing this Status Report separately due to his limited resources at California State Prison, Corcoran.

## REQUEST TO LIFT STAY

Plaintiff respectfully requests that the stay of these proceedings now be lifted for the following reasons:

**1. MOTION FOR RETURN OF PROPERTY**: As previously reported, Plaintiff's motion for the return of the property in controversy in this action was pending before the Riverside County Superior Court in Case No. INF064492, in Plaintiff's underlying criminal case. That motion addressed whether the property seized in that criminal case—which is the same property at issue in this federal civil rights action—should be returned to Plaintiff.

**UPDATE ON RIVERSIDE COUNTY SUPERIOR COURT PROCEEDINGS**: Since Plaintiff's last Status Report, the Riverside County Superior Court has ruled on the motion for return of property. On June 26, 2026, the Honorable Anthony R. Villalobos partially granted Plaintiff's motion, ordering the return of only Plaintiff's four pieces of Louis Vuitton luggage and no other item of the seized property. Plaintiff, who appeared at the hearing by remote video from California State Prison, Corcoran, was present when the court announced its ruling. The court **has not yet issued a written order** reflecting that ruling, and Plaintiff has **not** yet received the property ordered returned. The superior court did **not** resolve the legal question of whether the property was lawfully seized in the first instance; rather, it determined only that the continued retention of Plaintiff's property no longer serves any legitimate purpose and that Plaintiff is entitled to its return.

Because the Riverside County Superior Court expressly declined to decide whether the property was lawfully seized, its ruling does **not** resolve—and no further state-court proceeding on the return of property will resolve—the Fourth Amendment and related questions that lie at the heart of Plaintiff's claims in this civil rights action. There is accordingly no longer any risk that the state-court proceedings will have a preclusive effect on the merits of this action. As to the remainder of the property that the court did **not** order returned, Plaintiff will seek writ review to compel its return. That narrow dispute concerns only which items of property must be

returned, not the lawfulness of the seizure or the merits of Plaintiff's federal claims, and it does **not** warrant continued delay of this action.

Plaintiff has requested the reporter's transcript of the June 26, 2026 hearing but **has not yet received** a response from the court reporter's office. Plaintiff will provide a copy of the transcript, and of any written order or minute order that the Riverside County Superior Court may issue, to this Court and the parties once those materials become available, and will promptly notify this Court and the parties upon the resolution of the writ proceeding once that petition is filed.

**2. STATUS OF HABEAS CORPUS PROCEEDINGS**: Plaintiff's federal habeas corpus petition (Case No. 5:23-CV-01950-SVW-JC) before the United States District Court for the Central District of California was appealed to the Ninth Circuit Court of Appeals (Case No. 25-387). As previously reported, the Ninth Circuit denied Plaintiff's request for a certificate of appealability on September 16, 2025, and denied Plaintiff's motion for reconsideration on October 28, 2025. On January 23, 2026, Plaintiff filed a Petition for a Writ of Certiorari in the United States Supreme Court in Case No. 25-6666. On April 6, 2026, the United States Supreme Court denied Plaintiff's Petition for a Writ of Certiorari.

The federal habeas corpus proceedings are therefore now concluded. With the conclusion of those proceedings, and in light of the Riverside County Superior Court's June 26, 2026 ruling on the motion for return of property, the circumstances that supported staying this action have now been substantially resolved, and no purpose is served by holding this action in abeyance any longer.

## CONCLUSION

For the foregoing reasons, the events that gave rise to the stay of this action have now been substantially resolved. The Riverside County Superior Court has ruled on the motion for return of property and has ordered the return of a portion of Plaintiff's property; that court expressly declined to decide the lawfulness of the seizure, which remains squarely at issue in this

civil rights action; and Plaintiff's federal habeas corpus proceedings have concluded with the United States Supreme Court's denial of certiorari on April 6, 2026.

Plaintiff therefore respectfully requests that the Court lift the stay of these proceedings; order Defendants to file their long-overdue answer to the Complaint; and issue a scheduling order setting deadlines for discovery and law-and-motion practice so that this action may proceed on its merits.

Plaintiff will continue to apprise this Court and the parties of any material developments in the related state proceedings, including the issuance of the Riverside County Superior Court's written order on the motion for return of property and the resolution of the pending writ proceeding.

Dated this Wednesday, July 22, 2026. Respectfully submitted,

By: *__/s/ Daniel C. Garcia__*

DANIEL CARLOS GARCIA
*Petitioner pro se*

//

//

# CERTIFICATE OF SERVICE

**Case Name: <u>Garcia v. Sacramento, et al.</u> Case Number: <u>2:21-CV-00036-DAD-CSK</u>**

I reside and work in the County of Stanislaus, State of California. I am over the age of 18 and not a party to the within action; my business address is 2601 Oakdale Road, Suite H-2, #175, Modesto, California 95355. My electronic service address is DanielCGarciaLegal@outlook.com.

On the date set forth below, I served the foregoing document(s) described as: **STATUS REPORT OF RELATED STATE PROCEEDINGS** on the interested parties at the addresses set forth below:

**Sean D. Richmond, Senior Deputy City Attorney, SBN 210138**
**Kate Daz Lynn Brosseau**
**Sacramento City Attorney**
**CITY OF SACRAMENTO**
915 I Street, 4th Floor
Sacramento, CA 95814-2608
Phone: (916) 808-6825
Phone: (916) 808-5346
srichmond@cityofsacramento.org
kbrosseau@cityofsacramento.org
*Attorneys for Defendants City of Sacramento, and all "City Defendants"*

**Jonathan B. Paul, SBN 215884**
**HEWITT & PAUL LLP**
2355 Gold Meadow Way
Suite 170
Gold River, CA 95670
Phone: (916) 922-1200
jpaul@hewittpaul.com
*Attorney for Defendants County of Sacramento and John McGinness*

**Derick E. Konz**
Angelo Kilday & Kilduff, LLP
601 University Ave., Suite 150
Sacramento, CA 95825-6706
dkonz@akk-law.com
*Additional Attorney for Defendants City of Sacramento, and all "City Defendants"*

☒ **(BY FIRST CLASS MAIL)** I deposited with U.S. postal service on that same day as shown on this declaration with First Class postage thereon and fully prepaid at Modesto, California.

☒ **(BY ELECTRONIC MAIL (PDF FORMAT))** Based on a court rule or an agreement of the parties to accept service by electronic transmission, I caused said document to be transmitted electronically to the interested parties at the email addresses listed above.

I declare under perjury under the laws of the State of California that the above is true and correct.

Executed on this Wednesday, July 23, 2026, at Modesto, California.

Tseme J. Garcia