**HEWITT & PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303

Jonathan B. Paul, SBN 215884
Jpaul@hewittpaul.com

Attorneys for Defendants
County of Sacramento and John McGinnis

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>Plaintiff,<br>vs.<br><br>CITY AND COUNTY OF SACRAMENTO, CALIFORNIA; JOHN MCGINNESS; DANIEL HAHN; RICK BRAZIEL; RICHARD (RICK) GAUTIER; STEVE HANSEN; RICHARD HITCHCOCK; STEVE GLEN; A. RICHARDSON; D. POIRIER; JOHN DOE 1; JOHN/JANE DOES 2–20,<br><br>Defendants. | Case No.: 2:21-CV-0036-DAD-CSK<br><br>**DEFENDANTS' JOINT STATUS REPORT REGARDING RELATED PROCEEDINGS** |

TO THE HONORABLE DALE A. DROZD, UNITED STATES DISTRICT JUDGE AND THE HONORABLE CHI SOO KIM, UNITED STATES MAGISTRATE JUDGE:

Defendants hereby submit this Status Report pursuant to the Court's Order dated November 7, 2024, staying this action pending entry of final judgment in Plaintiff's criminal case (ECF No. 28), and the Magistrate Judge's subsequent Order of December 17, 2024, directing the parties to file joint status reports every 90 days (ECF No. 30).

On April 19, 2021, Defendants County of Sacramento and John McGinnis moved to dismiss the matter arguing (a) certain claims are barred by the relevant statute of limitations; (b) the court should apply *Younger* abstention to certain claims, given plaintiff's retrial on murder charges; (c)

plaintiff's state-law claims are barred for failure to comply with the California Tort Claims Act; and (d) the complaint fails to allege plausible facts against Sheriff McGinnis under Section 1983 or the Bane Act. (ECF Nos. 9-12.) The City of Sacramento defendants joined the motion on April 26, 2021. (ECF No. 13.) Plaintiff opposed the motion (ECF No. 15), and Defendants filed a reply on May 12, 2021. (ECF No. 16.)

Thereafter on April 26, 2022, Magistrate Judge Newman issued an order staying the case pending resolution of the criminal case, as Plaintiff was being retried for the underlying murder conviction (ECF No. 18). Said order required the parties to submit joint status reports within 60 days of the conclusion of plaintiff's criminal trial and indicate how the civil case should proceed.

On February 7, 2024, Magistrate Judge Newman issued findings and recommendations recommending that the stay be lifted and (A) all claims against defendant McGinnis be dismissed with prejudice; (B) claims I, II, VII, VIII, IX, X, and XII be dismissed without prejudice as Heck barred; and (C) claims III, IV, V, VI, and XI be dismissed with prejudice as time-barred. (ECF No. 21.) In said findings and recommendations, Magistrate Judge Newman referenced the Riverside Superior Court docket reflecting that Plaintiff had once again been convicted of murder on October 31, 2023, after his second trial. (ECF NO. 21-1.)

On November 28, 2024, United States District Court Judge Dale A. Drozd issued an order declining to adopt the findings and recommendations finding that continuance of the stay was warranted under the *Younger* abstention doctrine due to plaintiff's continued state and federal challenges to his second murder conviction. (ECF No. 28.)

Thereafter, on December 17, 2024, Magistrate Judge Chi Soo Kim issued an order directing the parties to file status reports every 90 days until the resolution of Plaintiff's criminal case before the Riverside County Superior Court.

Plaintiff's latest status report indicates that the criminal proceedings are finally concluded and that the stay can be lifted, and he asks that the defendants be required to answer.

Defendants agree that the stay should be lifted. However, given the prior motion to dismiss filing and briefing there is no need for defendants to answer the complaint. Rather, this court should now lift the stay and rule upon Defendants' long pending motion to dismiss which should be

granted with prejudice given Plaintiff's conviction for murder following the retrial of the criminal case.

DATED: July 30, 2026

HEWITT & PAUL LLP

*/s/ Jonathan B. Paul*

JONATHAN B. PAUL
Attorney for Defendants,
COUNTY OF SACRAMENTO AND JOHN MCGINNIS

DATED: July 30, 2026

ANGELO KILDAY & KILDUFF

*/s/ Derick E. Konz (as authorized on 7/30/26)*

DERICK E. KONZ
Attorney for Defendants,
CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON, AND D. POIRIER

*Daniel Carlos Garcia v. City and County of Sacramento, et al.,*
Case Number No. 2:21-cv-00036-DAD-CSK

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 2355 Gold Meadow Way, Suite 170, Gold River, CA 95670. I am employed in the county of Sacramento where this service occurs. I am over the age of 18 years and not a party to this action.

On the date set forth below, I served the following documents(s) described as:

**DEFENDANTS' JOINT STATUS REPORT REGARDING RELATED PROCEEDINGS**

☒ **U.S. MAIL:** On the indicated parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail (all other parties listed below will receive this filing via the Court's ECF system).

on the interested party(ies) in this action addressed as follows:

addressed as follows:

| Plaintiff – Pro Se | Attorney for the City of Sacramento |
|---|---|
| Daniel Carlos Garcia<br>1920 Boston Way<br>Modesto, CA 95355-8918<br>DanielCarlosGarcia@comcast.net | Derick E. Konz<br>Angelo Kilday & Kilduff<br>601 University Ave., Suite 150<br>Sacramento, CA 95825<br>T: 916-564-6100<br>E: dkonz@akk-law.com |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on July 31, 2026, at Gold River, California.

*/s/ Debra Vega*

Debra Vega

*Daniel Carlos Garcia v. City and County of Sacramento, et al.,*
Case Number No. 2:21-cv-00036-DAD-CSK

**PROOF OF SERVICE**

I am a citizen of the United States. My business address is 2355 Gold Meadow Way, Suite 170, Gold River, CA 95670. I am employed in the county of Sacramento where this service occurs. I am over the age of 18 years and not a party to this action.

On the date set forth below, I served the following documents(s) described as:

**Defendants' Joint Status Report Regarding Related Proceedings**

☒ **U.S. MAIL:** On the indicated parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail (all other parties listed below will receive this filing via the Court's ECF system).

☐ **EMAIL:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

on the interested party(ies) in this action addressed as follows:

addressed as follows:

| | |
|---|---|
| Plaintiff – Pro Se<br>Daniel Carlos Garcia<br>1920 Boston Way<br>Modesto, CA 95355-8918<br>DanielCarlosGarcia@comcast.net | Attorney for the City of Sacramento<br>Derick E. Konz<br>Angelo Kilday & Kilduff<br>601 University Ave., Suite 150<br>Sacramento, CA 95825<br>T: 916-564-6100<br>E: dkonz@akk-law.com |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on July 31, 2026, at Gold River, California.

/s/ Debra Vega

Debra Vega