**HEWITT & PAUL LLP**
2355 Gold Meadow Way, Suite 170
Gold River, CA 95670
Tel: 916-922-1200 Fax: 916-922-1303
Jonathan B. Paul, SBN 215884
Jpaul@hewittpaul.com

Attorneys for Defendants
County of Sacramento and John McGinness

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SACRAMENTO, CALIFORNIA; JOHN MCGINNESS; DANIEL HAHN; RICK BRAZIEL; RICHARD (RICK) GAUTIER; STEVE HANSEN; RICHARD HITCHCOCK; STEVE GLEN; A. RICHARDSON; D. POIRIER; JOHN DOE 1; JOHN/JANE DOES 2–20,<br><br>Defendants. | Case No.: 2:21-CV-0036-DAD-CSK<br><br>**DEFENDANTS COUNTY OF SACRAMENTO AND JOHN McGINNESS'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO LIFT THE ORDER STAYING THE ACTION** |

Defendants County of Sacramento and John McGinnis (hereinafter "Defendants"), hereby submit that they have no opposition to the granting of Plaintiff's motion to lift the stay. (ECF No. 54).

However, Defendants oppose the Plaintiff's request for this Court to issue a discovery and scheduling order as there is a pending motion to dismiss on file that has been fully briefed by the parties. Defendants submit that said motion should be ruled upon prior to the issuance of a discovery and scheduling order.

/ / /

/ / /

/ / /

DATED: August 28, 2026

HEWITT & PAUL LLP

*/s/ Jonathan B. Paul*

JONATHAN B. PAUL
Attorney for Defendants,
COUNTY OF SACRAMENTO AND
JOHN MCGINNESS

*Daniel Carlos Garcia v. City and County of Sacramento, et al.,*
Case Number No. 2:21-cv-00036-DAD-CSK

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 2355 Gold Meadow Way, Suite 170, Gold River, CA 95670. I am employed in the county of Sacramento where this service occurs. I am over the age of 18 years and not a party to this action.

On the date set forth below, I served the following documents(s) described as:

**DEFENDANTS COUNTY OF SACRAMENTO AND JOHN McGINNESS'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO LIFT THE ORDER STAYING THE ACTION**

☒ **U.S. MAIL:** On the indicated parties in this action by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail (all other parties listed below will receive this filing via the Court's ECF system).

on the interested party(ies) in this action addressed as follows:

addressed as follows:

| | |
|---|---|
| Plaintiff – Pro Se<br>Daniel Carlos Garcia<br>1920 Boston Way<br>Modesto, CA 95355-8918<br>DanielCarlosGarcia@comcast.net | Attorney for the City of Sacramento<br>Derick E. Konz<br>Angelo Kilday & Kilduff<br>601 University Ave., Suite 150<br>Sacramento, CA 95825<br>T: 916-564-6100<br>E: dkonz@akk-law.com |

I declare under penalty of perjury that the foregoing is true and correct and that this Declaration is executed on August 28, 2026, at Gold River, California.

*/s/ Debra Vega*

Debra Vega