DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>Defendant. | Case No.: 2:21-CV-0036-DAD-CSK(PS)<br><br>**DEFENDANTS CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON AND D. POIRIER'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO LIFT THE ORDER STAYING THE ACTION** |

Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER ("Defendants") hereby submit a statement of non-opposition to the granting of Plaintiff's motion to lift the stay. (ECF No. 54).

However, Defendants oppose Plaintiff's request for this Court to issue a discovery and scheduling order as there is a pending motion to dismiss on file that has been fully briefed by the parties. Defendants submit that said motion should be ruled upon prior to the issuance of a discovery and scheduling order.

Dated: August 31, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:________________________________

DERICK E. KONZ
Attorneys for Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER

CASE NAME: *Garcia v. City of Sacramento, et al.*
COURT: USDC, Eastern District of California
CASE NO. 2:21-CV-0036-DAD-CSK(PS)

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 150, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

On August 31, 2026, I served the parties in this action listed below the following document(s) described as: **DEFENDANTS CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON AND D. POIRIER'S STATEMENT OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO LIFT THE ORDER STAYING THE ACTION**

The above-named document(s) were served by the following means (*specify*):

☒ MAIL - I am readily familiar with Angelo, Kilday & Kilduff's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Code Civ. Proc. section 1013a(3)) or Fed.R.Civ.P. 5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

SERVICE LIST

**Plaintiff:**
Daniel Carlos Garcia
1920 Boston Way
Modesto, CA 95355-8918
DanielCarlosGarcia@comcast.net

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made . I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on August 31, 2026 at Sacramento, California.

*/s/ Sarah Kelly*
SARAH KELLY