DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ., SB. No. 340295
Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>Defendant. | Case No.: 2:21-CV-00036-DAD-CSK(PS)<br><br>**DEFENDANTS CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON AND D. POIRIER'S NOTICE OF MOTION AND MOTION DISMISS COMPLAINT** |

PLEASE TAKE NOTICE that pursuant to Local Rule 230(l), Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER will move, pursuant to Fed R. Civ. P. 12(b)(6), for an order dismissing the entire complaint of Plaintiff DANIEL CARLOS GARCIA, ECF No. 1, as permitted by the Court's September 16, 2026 minute order, ECF No. 58.

This motion is being submitted pursuant to Local Rule 230(l) and is not being noticed for oral argument based on the understanding that Plaintiff is incarcerated and is pro per. (see ECF No. 54, p 2:4-2:6; 2:13)

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support thereof, the Request for Judicial Notice and exhibits attached thereto, as well as the complete files and records in this action.

Dated: October 16, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Jacob J. Graham*

By:______________________________

DERICK E. KONZ
JACOB J. GRAHAM
Attorneys for Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER

CASE NAME: *Garcia v. City of Sacramento, et al.*
COURT: USDC, Eastern District of California
CASE NO. 2:21-CV-0036-DAD-CSK(PS)

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 150, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

On October 16, 2026, I served the parties in this action listed below the following document(s) described as: **DEFENDANTS CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON AND D. POIRIER'S NOTICE OF MOTION AND MOTION DISMISS COMPLAINT**

The above-named document(s) were served by the following means (*specify*):

☒ MAIL - I am readily familiar with Angelo, Kilday & Kilduff's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Code Civ. Proc. section 1013a(3)) or Fed.R.Civ.P. 5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

SERVICE LIST

**Plaintiff:**
Daniel Carlos Garcia
1920 Boston Way
Modesto, CA 95355-8918
DanielCarlosGarcia@comcast.net

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made . I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 16, 2026 at Sacramento, California.

*/s/ Sarah Kelly*
SARAH KELLY