DERICK E. KONZ, ESQ., SB No. 286902
Email: dkonz@akk-law.com
JACOB J. GRAHAM, ESQ., SB. No. 340295
Email: jgraham@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANIEL CARLOS GARCIA,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, et al.<br><br>Defendant. | Case No.: 2:21-CV-00036-DAD-CSK(PS)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON AND D. POIRIER'S MOTION DISMISS COMPLAINT** |

Pursuant to Federal Rule of Evidence 201(b), the Court shall take notice, when requested and provided with sufficient information, of facts that are not subject to reasonable dispute because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

The Court may take judicial notice of court filings and other matters of public record. *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 n.6 (9th Cir. 2006). Such public records are properly considered regarding a motion to dismiss under Fed. R. Civ. P. 12(b)(6). *Mir v. Little Co. of Mary Hospital*, 844 F.2d 646, 649 (9th Cir. 1988).

Based on this authority, Defendants City of Sacramento, Daniel Hahn, Rick Braziel, Richard Gautier, Steve Hansen, Richard Hitchcock, Steve Glen, A. Richardson, and D. Poirier ("City Defendants") request that the Court take judicial notice of the following facts reflected in the public access portal of the Riverside County Superior Court in *People v. Daniel Carlos Garcia*, Case No. INF064492-4:

1. Plaintiff was retried and convicted of first-degree murder with a financial-gain special circumstance, conspiracy, and related theft offenses, on October 31, 2023.

2. Plaintiff was sentenced on April 25, 2025, with sentences on remaining counts imposed on May 22, 2026.

3. Amended abstracts of judgment were filed in Plaintiff's criminal case on May 29, 2026.

4. Plaintiff filed a notice of appeal on May 26, 2026, and appellate counsel was appointed for him.

Attached as **Exhibits A** and **B** are true and correct copies of the case summaries obtained from the Riverside County Superior Court's public access portal on October 14, 2026, which contents reflect the above facts. The Court previously took judicial notice of the docket in Plaintiff's criminal case. (ECF No. 21 at 2, n.2.) Attached as **Exhibit C** are also true and correct copies of the Felony Abstract of Judgment for Plaintiff.

Dated: October 16, 2026

ANGELO, KILDAY & KILDUFF, LLP

By: */s/ Jacob J. Graham*

DERICK E. KONZ
JACOB J. GRAHAM
Attorneys for Defendants CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON and D. POIRIER

CASE NAME: *Garcia v. City of Sacramento, et al.*
COURT: USDC, Eastern District of California
CASE NO. 2:21-CV-0036-DAD-CSK(PS)

**PROOF OF SERVICE**

I am a citizen of the United States, employed in the County of Sacramento, State of California. My business address is 601 University Avenue, Suite 150, Sacramento, California 95825. I am over the age of 18 years and not a party to the above-entitled action.

On October 16, 2026, I served the parties in this action listed below the following document(s) described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS CITY OF SACRAMENTO, DANIEL HAHN, RICK BRAZIEL, RICHARD GAUTIER, STEVE HANSEN, RICHARD HITCHCOCK, STEVE GLEN, A. RICHARDSON AND D. POIRIER'S MOTION DISMISS COMPLAINT**

The above-named document(s) were served by the following means (*specify*):

☒ MAIL - I am readily familiar with Angelo, Kilday & Kilduff's practice for collection and processing of correspondence for mailing with the United States Postal Service. Pursuant to said practice, each document is placed in an envelope, the envelope is sealed, the appropriate postage is placed thereon and the sealed envelope is placed in the office mail receptacle. Each day's mail is collected and deposited in a U.S. mailbox at or before the close of each day's business. (Code Civ. Proc. section 1013a(3)) or Fed.R.Civ.P. 5(a) and 4.1; USDC (E.D. CA) L.R. 5-135(a).)

SERVICE LIST

**Plaintiff:**
Daniel Carlos Garcia
1920 Boston Way
Modesto, CA 95355-8918
DanielCarlosGarcia@comcast.net

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made . I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on October 16, 2026 at Sacramento, California.

*/s/ Sarah Kelly*
SARAH KELLY

# EXHIBIT A

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

# INF064492-4

Filed Date: **07/22/2009**

Case Status: **Active**

People vs DANIEL CARLOS GARCIA

**Felony**

**Indio - Department 2H**

Case Summary | Case Summary

## Case Summary

### CASE

| **Filing Date** | **Violation Date** | **Case Caption** | **Case Status** | **Case Type** |
|---|---|---|---|---|
| 07/22/2009 | 12/05/2008 | People vs DANIEL CARLOS GARCIA | Active | Felony |

| **Arrest Agency** | **Arrest Date** | **Booking Number** | **Citation Number** |
|---|---|---|---|
| Palm Springs Police Department | 12/05/2008 | | 0902639747 |

| **Ordered Bail** | **Posted Bail** |
|---|---|
| $0.00 - Bail not allowed | $0.00 |

### COMPLAINTS/PETITIONS

| **Filings** | **Represented By** | **Status** | **Dispositions** |
|---|---|---|---|

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **People vs DANIEL CARLOS GARCIA** Felony Felony | | Active | |
| **Information PEOPLE OF THE STATE OF CALIFORNIA** | | Filed: 07/22/2009 | |
| Petitioner: PEOPLE OF THE STATE OF CALIFORNIA | DDA L. DIMARIA Jenna Lynn Barsamian | | |
| Defendant: DANIEL CARLOS GARCIA **- Also Known As:** DANIEL GARCIA | | Active as of 05/13/2025 | |

## Charges

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| Information PEOPLE OF THE STATE OF CALIFORNIA - filed on 07/22/2009 | | | | | |
| Arrest: F470(A) PC Forge/Sign as Fictitious Persn | | | | | Felony |
| **Count 001**: 187(A) PC Murder (12/05/2008) | 1st degree | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - Life Without Possibility of Parole | | | | | |
| Enhancement (Felony) - 190.2(A)(1) PC Murder for financial gain (12/05/2008) | | | Deny (09/28/2009) | True | Enhancement (Felony) |
| **Count 002**: 182(A)(1) PC Conspiracy to Commit Crime (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - Sentencing Stayed 654 Sentence Length: 2.00 Year(s) Stayed | | | | | |

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| **Count 003**: 459 PC Burglary (12/05/2008) | 1st degree | | | Convicted | Felony |
| Sentenced: 05/22/2026 - State Prison - Low Term Sentence Length: 2.00 Year(s) | | | | | |
| **Count 004**: 459 PC Burglary (12/05/2008) | 2nd degree | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 005**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 006**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 007**: 530.5(A) PC Use Personal Identification of Another to Obtain Credit (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 008**: 115 PC Forged Instrument (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 009**: 459 PC Burglary (12/05/2008) | 2nd degree | | | Convicted | Felony |
| Sentenced: 05/22/2026 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| Enhancement (Felony) - 186.11(A)(3) PC Aggravated White Collar Crime Enhancement - over $100,000 (12/05/2008) | | | | Active | Enhancement (Felony) |

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| **Count 010**: 496(A) PC Receive/Etc Known Stolen Property (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Misdemeanor |
| Sentenced: 04/25/2025 - County Jail Sentence Length: 364.00 Day(s) | | | | | |
| **Count 015**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 016**: 530.5(A) PC Use Personal Identification of Another to Obtain Credit (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 017**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 018**: 530.5(A) PC Use Personal Identification of Another to Obtain Credit (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 019**: 459 PC Burglary (12/05/2008) | 2nd degree | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 024**: F496(A) PC Receiving Stolen Property (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| Enhancement (Felony) - 186.11(A)(2) PC Aggravated White Collar Crime Enhancement (12/05/2008) | | | | Held to Answer | Enhancement (Felony) |
| **Count CC1**: 462(A) PC No probation/burglary convict (12/05/2008) | | | | Active | Comment Charge |

## HEARINGS

| Date Time | Type | Judicial Officer | Location/ Courtroom | Disposition |
|---|---|---|---|---|
| 06/30/2020 08:30 AM | Trial Readiness Conference | | Department 3T | Continued |
| 06/30/2020 08:30 AM | Hearing set re: Request Amended Abstract | | Department 3T | Continued |
| 06/30/2020 08:30 AM | Hearing on Motion Re: Issuance Protective Orders | | Department 3T | Continued |
| 06/30/2020 08:30 AM | Calendar Add-On: Supplemental App Issuance Nunc Pro Tunc Order Corr | | Department 3T | Continued |
| 06/30/2020 08:31 AM | Hearing set re: Modify Victim Restitution | | Department 3T | Continued |
| 06/30/2020 08:32 AM | Hearing set re: Order to transport defendant | | Department 3T | Continued |
| 06/30/2020 11:00 AM | Hearing set re: Request Amended Abstract | | Department 2H | Continued |
| 06/30/2020 11:00 AM | Hearing on Motion Re: Issuance Protective Orders | | Department 2H | Continued |
| 06/30/2020 11:00 AM | Calendar Add-On: Supplemental App Issuance Nunc Pro Tunc Order Corr | | Department 2H | Continued |
| 06/30/2020 11:01 AM | Hearing set re: Modify Victim Restitution | | Department 2H | Continued |
| 06/30/2020 11:02 AM | Hearing set re: Trial Readiness Conference | | Department 2H | Continued |
| 06/30/2020 11:03 AM | Hearing set re: Order to transport defendant | | Department 2H | Continued |
| 07/10/2020 01:30 PM | Hearing on Motion Re: Determine If Defendant Will Exercise CCP 170.6 | | Department 2H | Continued |
| 07/10/2020 01:30 PM | Ex Parte Hearing Re: Req.For Order Commanding CDCR to Release Property | | Department 2H | Motion Granted |
| 07/10/2020 01:31 PM | Ex Parte Hearing Re: Mot.for Order re:Subpoenaed 3rd Party Records | | Department 2H | Continued |

| Date Time | Type | Judicial Officer | Location/ Courtroom | Disposition |
|---|---|---|---|---|

Results 1-15 of 542

1 2 3 ... 37

DOCUMENTS

Search

Document Download

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Non-Filed | 03/02/2009 | Crime Report (Imaged) | | YES Confidential |
| Filed | 03/02/2009 | Complaint filed. (Imaged) | | |
| Filed | 03/02/2009 | Declaration in Support of Arrest Warrant filed. | | |
| Filed | 03/02/2009 | 1269c PC Declaration in Support of Examination of Bail filed. Bail increased to $1000000.00. | | |
| Filed | 03/02/2009 | 1275 PC Declaration in Support of Examination of Bail filed. | | |
| Filed | 03/16/2009 | Felony Fingerprint Form filed. | | |
| Filed | 03/16/2009 | First Amended Felony Complaint filed. | | |
| Filed | 03/17/2009 | O.R. Application and Report filed. | | YES Confidential |
| Filed | 03/19/2009 | Second Amended Felony Complaint filed. | | |
| Filed | 03/23/2009 | 3rd Amended Felony Complaint filed. | | |
| Filed | 03/23/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 04/02/2009 | Motion FOR JOINDER INF064492/ INF064301 filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 04/10/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 05/04/2009 | 4th Amended Felony Complaint filed. | | |
| Filed | 05/04/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 05/22/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 06/04/2009 | Fifth Amended Felony Complaint filed. | | |
| Filed | 06/09/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 06/30/2009 | Notice of Prosecutions Intent Not to Seek Capital Punishment filed | | |
| Filed | 07/20/2009 | Request for Calendar Add-On filed. | | |
| Filed | 07/20/2009 | Declaration and Order for Transportation of defendant filed. | | |
| Filed | 07/31/2009 | 6th Amended Felony Complaint filed. | | |
| Filed | 08/10/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 09/03/2009 | Seventh Amended Felony Complaint filed. | | |
| Filed | 09/11/2009 | Exhibit List Filed. | | |
| Filed | 09/16/2009 | Receipt for Exhibits/Dept 3M G.Duran Filed. | | |
| Filed | 09/24/2009 | Reporter Transcript of Proceedings on 9/3&4/2009 Filed. | | |
| Filed | 09/24/2009 | Reporter Transcript of Proceedings on 9/8&9/2009 Filed. | | |
| Filed | 09/24/2009 | Reporter Transcript of Proceedings on 9/10&11/2009 Filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 09/25/2009 | Request for Discovery by District Attorney pursuant to 1054 PC filed. | | |
| Filed | 09/25/2009 | Information filed. | | |
| Filed | 09/30/2009 | Request for Calendar Add-On filed. | | |
| Filed | 10/01/2009 | JUDGES NOTES Filed (Confidential) | | YES Confidential |
| Filed | 10/13/2009 | Request for Calendar Add-On filed. | | |
| Filed | 11/02/2009 | Witness List filed by D.A.'S OFFICE (Confidential). | | YES Confidential |
| Filed | 11/03/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 11/13/2009 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 11/25/2009 | Declaration and Order for Transportation of defendant filed. | | |
| Filed | 02/01/2010 | Ex-Parte Application and Order re: Motion in excess of 10 pages filed by Defense Judge David B Downing. | | |
| Filed | 02/01/2010 | Motion pursuant to Section 1538.5 Penal Code - filed. | | |
| Filed | 02/19/2010 | Opposition to Motion TO SUPPRESS EVIDENCE filed by D.A'S OFFICE. | | |
| Filed | 02/26/2010 | Memorandum of Points and Authorities in (Supplemental)response of/to opposition to 1538 by Defense Filed. | | |
| Filed | 02/26/2010 | Exhibit List Filed. | | |
| Filed | 03/01/2010 | Receipt for Exhibits/Dept 1B K Hinos Filed. | | |
| Filed | 03/09/2010 | Request for Calendar Add-On filed. | | |
| Filed | 03/11/2010 | Declaration and Order for Transportation of defendant filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 03/26/2010 | Supplemental OPPOSITION filed by D.A'S OFFICE | | |
| Filed | 04/02/2010 | Motion For Continuance Pursuant to 1050 PC Filed by Attorney for the Defense | | |
| Filed | 04/06/2010 | Order for Transportation of Defendant is granted; Judge David B Downing - Filed. | | |
| Filed | 04/23/2010 | Notice Intent to Join Mtn to Sever filed by CDL C Quinn. | | |
| Filed | 05/10/2010 | Faretta Waiver filed. | | |
| Filed | 05/14/2010 | Motion for Discovery filed by The Defense. | | |
| Filed | 05/14/2010 | Defense Preliminary Witness List Filed. | | |
| Filed | 05/14/2010 | Motion for Bail Review filed. | | |
| Filed | 05/27/2010 | Motion To Withdraw Time Waiver & Demand for Speedy Trial filed. | | |
| Filed | 06/01/2010 | Motion PROTECTIVE ORDER AGAINST RECORDING CALLS filed. | | |
| Filed | 06/01/2010 | Motion CONF APPL FOR ANCILLARY DEFENSE FUNDS filed. | | |
| Filed | 06/01/2010 | Motion EX-PARTE INJUNCTION filed. | | |
| Filed | 06/09/2010 | Witness/Exhibit List filed by PEOPLE. | | YES Confidential |
| Filed | 06/18/2010 | Exhibit List Filed. | | |
| Filed | 06/22/2010 | Receipt for Exhibits Filed. | | |
| Filed | 07/01/2010 | Witness/Exhibit List filed by District Attorney. | | YES Confidential |
| Filed | 07/15/2010 | Motion ISSUANCE OF CERT FOR SBPOENA OF OUT OF STATE WITNE filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 07/26/2010 | Motion TO AMEND THE INFORMATION filed. | | |
| Filed | 08/02/2010 | Witness List filed by District Attorney (Confidential). | | YES Confidential |
| Filed | 08/05/2010 | Release of Exhibits Receipt to K. Hinos for use on Deft K. Niroula Filed. | | |
| Filed | 08/06/2010 | First Amended Information filed. | | |
| Filed | 08/09/2010 | Order for SHORTENING TIME is GRANTED; Judge David B Downing - Filed. | | |
| Filed | 08/09/2010 | Motion TO AMEND THE INFORMATION filed. | | |
| Filed | 08/09/2010 | Return of Exhibits Filed. | | |
| Filed | 08/12/2010 | Release of Exhibits Receipt/K Hinos Exh 84 Filed. | | |
| Filed | 08/16/2010 | Return of Exhibits Receipt/Exh 84 Filed. | | |
| Filed | 08/20/2010 | Witness List filed by DISTRICT ATTORNEY (Confidential). | | YES Confidential |
| Filed | 08/27/2010 | Trial Brief filed by THE PEOPLE | | |
| Filed | 09/01/2010 | Motion For Continuance Pursuant to 1050 PC Filed by the Defendant | | |
| Filed | 09/02/2010 | Release of Exhibit(s) Receipt Filed. Exhibit(s) All Pre-Lim 1-84 A B C, released to K.Hinos/Dept 1B. | | |
| Filed | 09/02/2010 | Supplemental MOTION IN LIMINE filed by PEOPLE | | |
| Filed | 09/07/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/08/2010 | Stipulation Re: Jury Admonition Filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 09/08/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/09/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/13/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/14/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/15/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/16/2010 | Juror Hardship Questionnaires. | | YES Confidential |
| Filed | 09/16/2010 | Alphabetical and Random Jury Lists from Jury Room.(confidential) | | YES Confidential |
| Filed | 09/22/2010 | Order from District Court of Appeal WRIT OF MANDATE/PROHIBITION STAY DENIED. | | |
| Filed | 09/24/2010 | Motion FOR EVIDENTIARY HEARING filed. | | |
| Filed | 10/01/2010 | Request to Conduct Film/Media Coverage filed. | | |
| Filed | 10/01/2010 | Request to Conduct Film/Media Coverage filed. | | |
| Filed | 10/01/2010 | Request to Conduct Film/Media Coverage filed. | | |
| Filed | 10/04/2010 | Opposition to Motion FOR EVIDENTIARY HEARING filed by PEOPLE. | | |
| Filed | 10/06/2010 | Motion For Continuance Pursuant to 1050 PC Filed by The People | | |
| Filed | 10/07/2010 | Response to PEOPLES OPPOSITION by DANIEL CARLOS GARCIA Filed | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 10/07/2010 | Notice OF SUBPOENA COMPLIANCE HEARING filed by DANIEL GARCIA. | | |
| Filed | 10/07/2010 | Motion /REQUEST FOR RULING ON MOT FOR RETURN OF PROPERTY filed. | | |
| Filed | 10/07/2010 | Request/Order to Conduct Film/Media Coverage submitted by KMIR 6 filed; Order Granted Judge David B Downing. | | |
| Filed | 10/07/2010 | Request/Order to Conduct Film/Media Coverage submitted by KPSP Local 2 filed; Order granted Judge David B Downing. | | |
| Filed | 10/07/2010 | Request/Order to Conduct Film/Media Coverage submitted by KESQ Channel 3 filed; Order granted Judge David B Downing. | | |
| Filed | 10/08/2010 | Order for Defendant's use of computer is granted; Judge David B Downing - Filed. | | |

Results 1-100 of 1825

1 2 3 ... 19

## CREDIT FOR TIME SERVED

**CTS Information**

Defendant has **5363** days credit for actual time served and **0** days PC 2933.1 credit for time served.
Defendant has **131** days credit for actual time served and **0** days PC 4019 credit for time served.

## CONVICTED CHARGES

| Charge | Severity | Charge Status | Conviction Date |
|---|---|---|---|

| Charge | Severity | Charge Status | Conviction Date |
|---|---|---|---|
| Count 001: 187(A) PC Murder | Felony | Convicted | 10/31/2023 |
| Enhancement (Felony) - 190.2(A)(1) PC Murder for financial gain (12/05/2008) | Enhancement (Felony) | True | 10/31/2023 |
| Count 002: 182(A)(1) PC Conspiracy to Commit Crime | Felony | Convicted | 10/31/2023 |
| Count 003: 459 PC Burglary | Felony | Convicted | 05/22/2026 |
| Count 004: 459 PC Burglary | Felony | Convicted | 10/31/2023 |
| Count 005: 487(A) PC Grand Theft over $950.00 | Felony | Convicted | 10/31/2023 |
| Count 006: 487(A) PC Grand Theft over $950.00 | Felony | Convicted | 10/31/2023 |
| Count 007: 530.5(A) PC Use Personal Identification of Another to Obtain Credit | Felony | Convicted | 10/31/2023 |
| Count 008: 115 PC Forged Instrument | Felony | Convicted | 10/31/2023 |
| Count 009: 459 PC Burglary | Felony | Convicted | 05/22/2026 |
| Enhancement (Felony) - 186.11(A)(3) PC Aggravated White Collar Crime Enhancement - over $100,000 (12/05/2008) | Enhancement (Felony) | Active | 05/22/2026 |
| Count 010: 496(A) PC Receive/Etc Known Stolen Property | Misdemeanor | Convicted | 10/31/2023 |

## SENTENCE INFORMATION

| Sentence(s) | Disposition Status | Sentence Date |
|---|---|---|
| Count 001: Felony - 187(A) PC Murder (Violation Date: 12/05/2008) | | |

**Total Prison/County Jail Sentence of 2 year(s) 0 month(s) plus indeterminate sentence of LIFE without the possibility of parole**

| Sentence(s) | Disposition Status | Sentence Date |
|---|---|---|
| Life Without Possibility of Parole | Imposed | 04/25/2025 |
| Count 002: Felony - 182(A)(1) PC Conspiracy to Commit Crime (Violation Date: 12/05/2008) | | |
| Serve 2 Year(s) Sentencing Stayed 654 | Stayed | 04/25/2025 |
| Count 003: Felony - 459 PC Burglary (Violation Date: 12/05/2008) | | |
| Serve 2 Year(s) in State Prison - Low Term | Imposed | 05/22/2026 |
| Count 004: Felony - 459 PC Burglary (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 005: Felony - 487(A) PC Grand Theft over $950.00 (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 006: Felony - 487(A) PC Grand Theft over $950.00 (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 007: Felony - 530.5(A) PC Use Personal Identification of Another to Obtain Credit (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 008: Felony - 115 PC Forged Instrument (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 009: Felony - 459 PC Burglary (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 05/22/2026 |
| Count 010: Misdemeanor - 496(A) PC Receive/Etc Known Stolen Property (Violation Date: 12/05/2008) | | |
| Serve 364 Day(s) in County Jail | Imposed | 04/25/2025 |

**Total Prison/County Jail Sentence of 2 year(s) 0 month(s) plus indeterminate sentence of LIFE without the possibility of parole**

CASE LEDGER

| | Amount | Paid | Balance |
|---|---|---|---|
| Fines and Fees Totals | $146.79 | $146.00 | $0.00 |
| Restitution Totals | $0.00 | $0.00 | $0.00 |

Amount due and balance are as of 01/21/2025

MULTI-DEFENDANT CASES

Go Back

Copyright © Journal Technologies, USA. All rights reserved.

# EXHIBIT B

THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE

# INF064492-4

Filed Date: **07/22/2009**

Case Status: **Active**

People vs DANIEL CARLOS GARCIA

**Felony**

**Indio - Department 2H**

Case Summary | Case Summary

## Case Summary

### CASE

| Filing Date | Violation Date | Case Caption | Case Status | Case Type |
|---|---|---|---|---|
| 07/22/2009 | 12/05/2008 | People vs DANIEL CARLOS GARCIA | Active | Felony |
| **Arrest Agency** | **Arrest Date** | **Booking Number** | **Citation Number** | |
| Palm Springs Police Department | 12/05/2008 | | 0902639747 | |
| **Ordered Bail** | **Posted Bail** | | | |
| $0.00 - Bail not allowed | $0.00 | | | |

### COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **People vs DANIEL CARLOS GARCIA** Felony Felony | | Active | |
| **Information PEOPLE OF THE STATE OF CALIFORNIA** | | Filed: 07/22/2009 | |
| Petitioner: PEOPLE OF THE STATE OF CALIFORNIA | DDA L. DIMARIA Jenna Lynn Barsamian | | |
| Defendant: DANIEL CARLOS GARCIA **- Also Known As:** DANIEL GARCIA | | Active as of 05/13/2025 | |

## Charges

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| Information PEOPLE OF THE STATE OF CALIFORNIA - filed on 07/22/2009 | | | | | |
| Arrest: F470(A) PC Forge/Sign as Fictitious Persn | | | | | Felony |
| **Count 001**: 187(A) PC Murder (12/05/2008) | 1st degree | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - Life Without Possibility of Parole | | | | | |
| Enhancement (Felony) - 190.2(A)(1) PC Murder for financial gain (12/05/2008) | | | Deny (09/28/2009) | True | Enhancement (Felony) |
| **Count 002**: 182(A)(1) PC Conspiracy to Commit Crime (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - Sentencing Stayed 654 Sentence Length: 2.00 Year(s) Stayed | | | | | |

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| **Count 003**: 459 PC Burglary (12/05/2008) | 1st degree | | | Convicted | Felony |
| Sentenced: 05/22/2026 - State Prison - Low Term Sentence Length: 2.00 Year(s) | | | | | |
| **Count 004**: 459 PC Burglary (12/05/2008) | 2nd degree | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 005**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 006**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 007**: 530.5(A) PC Use Personal Identification of Another to Obtain Credit (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 008**: 115 PC Forged Instrument (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Felony |
| Sentenced: 04/25/2025 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| **Count 009**: 459 PC Burglary (12/05/2008) | 2nd degree | | | Convicted | Felony |
| Sentenced: 05/22/2026 - State Prison - Low Term Sentence Length: 16.00 Month(s) | | | | | |
| Enhancement (Felony) - 186.11(A)(3) PC Aggravated White Collar Crime Enhancement - over $100,000 (12/05/2008) | | | | Active | Enhancement (Felony) |

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| **Count 010**: 496(A) PC Receive/Etc Known Stolen Property (12/05/2008) | | | Not Guilty (08/21/2020) | Convicted | Misdemeanor |
| Sentenced: 04/25/2025 - County Jail Sentence Length: 364.00 Day(s) | | | | | |
| **Count 015**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 016**: 530.5(A) PC Use Personal Identification of Another to Obtain Credit (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 017**: 487(A) PC Grand Theft over $950.00 (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 018**: 530.5(A) PC Use Personal Identification of Another to Obtain Credit (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 019**: 459 PC Burglary (12/05/2008) | 2nd degree | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| **Count 024**: F496(A) PC Receiving Stolen Property (12/05/2008) | | | Not Guilty (09/03/2009) | Held to Answer | Felony |
| Enhancement (Felony) - 186.11(A)(2) PC Aggravated White Collar Crime Enhancement (12/05/2008) | | | | Held to Answer | Enhancement (Felony) |
| **Count CC1**: 462(A) PC No probation/burglary convict (12/05/2008) | | | | Active | Comment Charge |

## HEARINGS

| Date Time | Type | Judicial Officer | Location/ Courtroom | Disposition |
|---|---|---|---|---|
| 06/30/2020 08:30 AM | Trial Readiness Conference | | Department 3T | Continued |
| 06/30/2020 08:30 AM | Hearing set re: Request Amended Abstract | | Department 3T | Continued |
| 06/30/2020 08:30 AM | Hearing on Motion Re: Issuance Protective Orders | | Department 3T | Continued |
| 06/30/2020 08:30 AM | Calendar Add-On: Supplemental App Issuance Nunc Pro Tunc Order Corr | | Department 3T | Continued |
| 06/30/2020 08:31 AM | Hearing set re: Modify Victim Restitution | | Department 3T | Continued |
| 06/30/2020 08:32 AM | Hearing set re: Order to transport defendant | | Department 3T | Continued |
| 06/30/2020 11:00 AM | Hearing set re: Request Amended Abstract | | Department 2H | Continued |
| 06/30/2020 11:00 AM | Hearing on Motion Re: Issuance Protective Orders | | Department 2H | Continued |
| 06/30/2020 11:00 AM | Calendar Add-On: Supplemental App Issuance Nunc Pro Tunc Order Corr | | Department 2H | Continued |
| 06/30/2020 11:01 AM | Hearing set re: Modify Victim Restitution | | Department 2H | Continued |
| 06/30/2020 11:02 AM | Hearing set re: Trial Readiness Conference | | Department 2H | Continued |
| 06/30/2020 11:03 AM | Hearing set re: Order to transport defendant | | Department 2H | Continued |
| 07/10/2020 01:30 PM | Hearing on Motion Re: Determine If Defendant Will Exercise CCP 170.6 | | Department 2H | Continued |
| 07/10/2020 01:30 PM | Ex Parte Hearing Re: Req.For Order Commanding CDCR to Release Property | | Department 2H | Motion Granted |
| 07/10/2020 01:31 PM | Ex Parte Hearing Re: Mot.for Order re:Subpoenaed 3rd Party Records | | Department 2H | Continued |

| Date Time | Type | Judicial Officer | Location/ Courtroom | Disposition |
|---|---|---|---|---|

Results 1-15 of 542

1 2 3 ... 37

DOCUMENTS

Search

Document Download

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Generated | 05/22/2026 | Amended Minute Order: Hearing on Motion re: Motion Pursuant To Penal Code Section 745 (California Racial Justice Act) For Relief From Racially And Ethnically Discriminatory Prosecution; Request For Appointment Of Counsel; Request For Disclosure Of Evidence; Declaration; And Proposed Order | | |
| Generated | 05/22/2026 | Minute Order: Hearing on Motion re: Motion Pursuant To Penal Code Section 745 (California Racial Justice Act) For Relief From Racially And Ethnically Discriminatory Prosecution; Request For Appointment Of Counsel; Request For Disclosure Of Evidence; Declaration; And Proposed Order | | |
| Generated | 05/26/2026 | Notification of Filing Notice of Appeal | | |
| Filed | 05/26/2026 | Notice of Appeal | DANIEL CARLOS GARCIA | |
| Generated | 05/26/2026 | Notification of Filing Notice of Appeal | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 05/26/2026 | Notice of Appeal | DANIEL CARLOS GARCIA | |
| Receive and Forward | 05/26/2026 | Notice of Appeal, Notice of Appeal | DANIEL CARLOS GARCIA | |
| Generated | 05/28/2026 | Notice to Prepare Transcript on Appeal - Augment (Felony) | | |
| Filed | 05/29/2026 | Abstract of Judgment - Determinate CR-290 (Amended) | | |
| Filed | 05/29/2026 | Abstract of Judgment - Prison Commitment (Amended) (Life without possibility of Parole) | | |
| Filed | 06/09/2026 | Exhibit List | | |
| Receive and Forward | 06/09/2026 | Notice Of Lodgment Of Documents For Purposes Of Appellate Record Augmentation | | |
| Generated | 06/12/2026 | Minute Order: Hearing Set re: Compliance re: Personal Property Returned (ID #'s/Laptop) | | |
| Filed | 06/17/2026 | Order from District Court of Appeal Application of Appellate Defenders, Inc., for an extension of time to 07/15/26 to select and appoint counsel to represent appellant and to file and serve the appellant's opening brief is GRANTED | | |
| Proposed | 06/23/2026 | Proposed Order re: Order for Return of Property: Defense Forensic Laptop Computer | | YES Confidential |
| Filed | 06/23/2026 | Defendant's Supplemental Brief in Support of Motion for Return of Property: Defense Forensic Laptop Computer | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Proposed | 06/23/2026 | Proposed Order re: Order for Return of Seized Property | | YES Confidential |
| Filed | 06/23/2026 | Defendant's Supplemental Brief in Support of Motion for Return of Mr. Garcia's Personal Property | | |
| Generated | 06/26/2026 | Amended Minute Order: Hearing Set re: Compliance re: Personal Property Returned (ID #'s/ Laptop) | | |
| Generated | 06/26/2026 | Minute Order: Hearing Set re: Compliance re: Personal Property Returned (ID #'s/Laptop) | | |
| Receive and Forward | 06/29/2026 | Appellant's Notice to Augment and Complete the Record on Appeal; Appellant's Notice to Certify and Transmit the Amended Judgment and to Augment and Complete the Record on Appeal | DANIEL CARLOS GARCIA | |
| Filed | 07/16/2026 | Order from District Court of Appeal application for an extension of time to select and appoint counsel to represent appellant and to file and serve appellant's opening brief is GRANTED | | |
| Generated | 07/24/2026 | Minute Order: Nunc Pro Tunc Hearing Re: Court Reporter for 6/26/26 | | |
| Filed | 07/27/2026 | Order from District Court of Appeal motions are GRANTED | | |
| Filed | 08/17/2026 | Order for Counsel on Appeal Michelle Livecchi-Raufi is appointed for the Appellant | | |

Results 1801-1825 of 1825

1 ... 17 18 19

CREDIT FOR TIME SERVED

**CTS Information**

Defendant has **5363** days credit for actual time served and **0** days PC 2933.1 credit for time served.
Defendant has **131** days credit for actual time served and **0** days PC 4019 credit for time served.

CONVICTED CHARGES

| Charge | Severity | Charge Status | Conviction Date |
|---|---|---|---|
| Count 001: 187(A) PC Murder | Felony | Convicted | 10/31/2023 |
| Enhancement (Felony) - 190.2(A)(1) PC Murder for financial gain (12/05/2008) | Enhancement (Felony) | True | 10/31/2023 |
| Count 002: 182(A)(1) PC Conspiracy to Commit Crime | Felony | Convicted | 10/31/2023 |
| Count 003: 459 PC Burglary | Felony | Convicted | 05/22/2026 |
| Count 004: 459 PC Burglary | Felony | Convicted | 10/31/2023 |
| Count 005: 487(A) PC Grand Theft over $950.00 | Felony | Convicted | 10/31/2023 |
| Count 006: 487(A) PC Grand Theft over $950.00 | Felony | Convicted | 10/31/2023 |
| Count 007: 530.5(A) PC Use Personal Identification of Another to Obtain Credit | Felony | Convicted | 10/31/2023 |
| Count 008: 115 PC Forged Instrument | Felony | Convicted | 10/31/2023 |
| Count 009: 459 PC Burglary | Felony | Convicted | 05/22/2026 |
| Enhancement (Felony) - 186.11(A)(3) PC Aggravated White Collar Crime Enhancement - over $100,000 (12/05/2008) | Enhancement (Felony) | Active | 05/22/2026 |
| Count 010: 496(A) PC Receive/Etc Known Stolen Property | Misdemeanor | Convicted | 10/31/2023 |

## SENTENCE INFORMATION

| Sentence(s) | Disposition Status | Sentence Date |
|---|---|---|
| Count 001: Felony - 187(A) PC Murder (Violation Date: 12/05/2008) | | |

**Total Prison/County Jail Sentence of 2 year(s) 0 month(s) plus indeterminate sentence of LIFE without the possibility of parole**

| Sentence(s) | Disposition Status | Sentence Date |
|---|---|---|
| Life Without Possibility of Parole | Imposed | 04/25/2025 |
| Count 002: Felony - 182(A)(1) PC Conspiracy to Commit Crime (Violation Date: 12/05/2008) | | |
| Serve 2 Year(s) Sentencing Stayed 654 | Stayed | 04/25/2025 |
| Count 003: Felony - 459 PC Burglary (Violation Date: 12/05/2008) | | |
| Serve 2 Year(s) in State Prison - Low Term | Imposed | 05/22/2026 |
| Count 004: Felony - 459 PC Burglary (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 005: Felony - 487(A) PC Grand Theft over $950.00 (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 006: Felony - 487(A) PC Grand Theft over $950.00 (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 007: Felony - 530.5(A) PC Use Personal Identification of Another to Obtain Credit (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 008: Felony - 115 PC Forged Instrument (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 04/25/2025 |
| Count 009: Felony - 459 PC Burglary (Violation Date: 12/05/2008) | | |
| Serve 16 Month(s) in State Prison - Low Term | Imposed | 05/22/2026 |
| Count 010: Misdemeanor - 496(A) PC Receive/Etc Known Stolen Property (Violation Date: 12/05/2008) | | |
| Serve 364 Day(s) in County Jail | Imposed | 04/25/2025 |

**Total Prison/County Jail Sentence of 2 year(s) 0 month(s) plus indeterminate sentence of LIFE without the possibility of parole**

CASE LEDGER

| | Amount | Paid | Balance |
|---|---|---|---|
| Fines and Fees Totals | $146.79 | $146.00 | $0.00 |
| Restitution Totals | $0.00 | $0.00 | $0.00 |

Amount due and balance are as of 01/21/2025

MULTI-DEFENDANT CASES

Go Back

Copyright © Journal Technologies, USA. All rights reserved.

# EXHIBIT C

# ABSTRACT OF JUDGMENT—PRISON COMMITMENT—INDETERMINATE

*(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-292 ATTACHED)*

CR-292

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: RIVERSIDE

PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: DANIEL CARLOS GARCIA DOB: 07/27/1982

INF064492-4 -A

-B

-C

-D

AKA:

CII NO.:

BOOKING NO.: ☐ NOT PRESENT

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT 1st ☑ AMENDED ABSTRACT

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAY 29 2026
X.C. Escobar

DA JUN 04 2026

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 04/25/2025 | 2H | Anthony R. Villalobos |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER | ☐ IMMEDIATE SENTENCING |
|---|---|---|---|
| R. Rubio | J. Jessup | | |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | ☐ APPTD. |
|---|---|---|
| DDA Jenna Lynn Barsamian | DCL Peter William Scalisi | |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   ____ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY: JURY | COURT | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | PC | 187(A)* | 1st degree Murder | 2008 | 10 /31 / 23 | X | | | | X | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |
| | | | | | / / | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| COUNT | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | ENHANCEMENT | TIME IMPOSED OR "S" FOR STAYED | TOTAL |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Defendant was sentenced to State Prison for an INDETERMINATE TERM as follows:

4. ☑ LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts 001
5. ☐ LIFE WITH THE POSSIBILITY OF PAROLE on counts ____
6. a. ☐ 15 years to Life on counts ____ c. ☐ ____ years to Life on counts ____
   b. ☐ 25 years to Life on counts ____ d. ☐ ____ years to Life on counts ____
   PLUS enhancement time shown above
7. ☑ Additional determinate term (see CR-290).
8. ☐ Defendant was sentenced pursuant to ☐ PC 667(b)-(i) or PC 1170.12 ☐ PC 667.61 ☐ PC 667.7 ☐ other *(specify)*:

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By [signature] DEPUTY C. Beddig

Dated 10.15.26

Certification must be in red to be a
"CERTIFIED COPY"

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

# FELONY ABSTRACT OF JUDGMENT—DETERMINATE

***(NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED)***

CR-290

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: Riverside

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
MAY 29 2026
X.C. Escobar

DA
JUN 04 2026

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: DANIEL CARLOS GARCIA
DOB: 07/27/1982

| Case number | |
|---|---|
| INF064492-4 | -A |
| | -B |
| | -C |
| | -D |

AKA:

CII NO.:

BOOKING NO.: ☐ NOT PRESENT

FELONY ABSTRACT OF JUDGMENT ☑ PRISON COMMITMENT ☐ COUNTY JAIL COMMITMENT 1st ☑ AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 04/25/2025 | 2H | Anthony R. Villalobos |

| CLERK | REPORTER | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|
| R. Rubio | J. Jessup | ☐ IMMEDIATE SENTENCING |

| COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT |
|---|---|
| DDA Jenna Lynn Barsamian | DCL Peter William Scalisi ☐ APPOINTED |

1. Defendant was convicted of the commission of the following felonies:

☐ Additional counts are listed on attachment
______ (number of pages attached)

| COUNT | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YR.) | CONVICTED BY: JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | 1/3 CONSECUTIVE | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (REFER TO item 5) | 654 STAY | SERIOUS FELONY | VIOLENT FELONY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED: YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | PC | 182(A)(1) | Conspiracy to Commit Crime | 2008 | 10 / 31 / 23 | X | | | L | | | | | X | | | | |
| 003 | PC | 459* | 1st degree Burglary | 2008 | 10 / 31 / 23 | X | | | L | | | | | | | | 2 | 0 |
| 004 | PC | 459** | 2nd Burglary | 2008 | 10 / 31 / 23 | X | | | L | X | | | | | | | (1 | 4) |
| 005 | PC | 487(A) | Grand Theft over $950.00 | 2008 | 10 / 31 / 23 | X | | | L | X | | | | | | | (1 | 4) |
| 006 | PC | 487(A) | Grand Theft over $950.00 | 2008 | 10 / 31 / 23 | X | | | L | X | | | | | | | (1 | 4) |
| 007 | PC | 530.5(A) | Use Personal Identification of Anoth | 2008 | 10 / 31 / 23 | X | | | L | X | | | | | | | (1 | 4) |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| COUNT | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

3. ENHANCEMENTS charged and found to be true for PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed, "S" for stayed, or "PS" for punishment struck. DO NOT LIST ENHANCEMENTS FULLY STRICKEN by the court.

| ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | ENHANCEMENT | TIME IMPOSED, "S," or "PS" | TOTAL | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

4. Defendant sentenced ☐ to county jail per 1170(h)(1) or (2)
☑ to prison per 1170(a), 1170.1(a) or 1170(h)(3) due to ☐ current or prior serious or violent felony ☐ PC 290 or ☐ PC 186.11 enhancement
☐ per PC 667(b)-(i) or PC 1170.12 (strike prior)
☐ per PC 1170(a)(3). Preconfinement credits equal or exceed time imposed. ☐ Defendant ordered to report to local parole or probation office.

5. INCOMPLETE SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ______

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME: 2 | 0

Attachments may be used but must be referred to in this document.

This must be in red to be a
"CERTIFIED COPY"

Each document to which this certificate is attached is certified to be a full, true and correct copy of the original on file and of record in my office.

Superior Court of California
County of Riverside

By ______ DEPUTY C. Bedella

Dated 10.15.26

SUPERIOR COURT OF CALIFORNIA
EUREKA
COUNTY OF RIVERSIDE

Certification must be in red to be a
"CERTIFIED COPY"